AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. McCOOL
Clerk, U.S. District Court
Western District of Washington
By _____
Deputy Clerk

United States of America )
v. )
)  Case No. MJ 17-169
WIL CASEY FLOYD )
Defendant )
)

## ARREST WARRANT

___ FILED     ___ ENTERED
___ LODGED    ___ RECEIVED

MAY - 2 2017  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* WIL CASEY FLOYD,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☑ Order of the Court

This offense is briefly described as follows:

Unlawful Possession of Destructive Devices

in violation of Title 26, United States Code, Section 5861(d) and 5845(a)(8).

Date: 04/27/2017

*Issuing officer's signature*

City and state: Seattle, Washington

JAMES P. DONOHUE, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* APRIL 27, 2017, and the person was arrested on *(date)* APRIL 28, 2017
at *(city and state)* ELKHART LAKE, WI.

Date: MAY 2, 2017

*Arresting officer's signature*

MICHAEL BALDINO, SPECIAL AGENT
*Printed name and title*
FBI